Opinion by Willson, J.

---

## JONES ET AL VS. STONE ET AL.

Appeal from Johnson county.

*Distress Warrant.*---In distress proceedings where the citation does not issue cotemporaneously with the distress warrant, the warrant is a nullity.

Opinion by White, P. J.